# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Brandy M. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00179 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Commissioner's non-disability determination is REVERSED; No finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act; this matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g); and case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion for  Joint Stipulation for Remand

Date: 08/29/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*